ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
           rwise@grsm.com

*Attorneys for Chesapeake Spice Co., LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE CERINI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHESAPEAKE SPICE CO., LLC; and DOES I – X,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-00626-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Shane Cerini ("Plaintiff"), and Defendant Chesapeake Spice Co., LLC ("Chesapeake"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1.　Plaintiff filed his Complaint on October 13, 2017 [ECF No. 1].

2.　Chesapeake recently retained counsel and a short extension is necessary to allow Chesapeake's counsel to obtain the file and investigate the allegations in the Complaint before responding.

3.　Plaintiff and Chesapeake also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for Chesapeake to respond to the Complaint until November 28, 2017. This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

4. Chesapeake requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

5. Therefore, the parties agree that Chesapeake's response to the Complaint is now due on or before **November 28, 2017**.

DATED: November 9, 2017.

GORDON REES SCULLY MANSUKHANI LLP

*/s/ Robert S. Larsen*

ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Chesapeake Spice Co., LLC*

DATED: November 9, 2017.

*/s/ Mark Mausert*

MARK MAUSERT, ESQ.
Nevada Bar No. 2398
930 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff Shane Cerini*

**ORDER**

IT IS SO ORDERED.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

DATED: November 13, 2017