Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No. 14594
930 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorneys for Plaintiff*

```
                    FILED         ____ RECEIVED
              ____ ENTERED        ____ SERVED ON
                          COUNSEL/PARTIES OF RECORD

                    MAR - 6 2018

                   CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
              BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE CERINI,<br><br>          Plaintiff,<br><br>vs.<br><br>CHESAPEAKE SPICE CO. LLC<br>and DOES 1-X,<br><br>          Defendants. | Case No. 3:17-cv-00626-LRH-WGC<br><br>ORDER<br><br>**JOINT ENE STATUS REPORT** |

In accordance with the Court's Minute Order in Chambers [ECF No. 12], Plaintiff SHANE CERINI and Defendant CHESAPEAKE SPICE CO. LLC hereby submit the following Joint ENE Status Report:

The parties have made initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). Plaintiff will provide a computation of damages to opposing counsel on or before March 12, 2018.

///

///

///

JOINT ENE STATUS REPORT - 1

The undersigned parties respectfully request that the pre-ENE status conference scheduled for March 7, 2018 be vacated by the Court.

Dated: March 6th, 2018

Respectfully submitted,

/s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM

Attorneys for Plaintiff
SHANE CERINI

Dated: March 6th, 2018

Respectfully submitted,

/s/ Robert Larsen
ROBERT LARSEN
GORDON REES SCULLYMANSUKHANI, LLP

Attorney for Defendant
CHESAPEAKE SPICE CO. LLC

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: March 6, 2018