UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE CERINI,<br><br>         Plaintiff,<br><br>vs.<br><br>CHESAPEAKE SPICE CO. LLC and DOES I-X,<br><br>         Defendants. | Case No. 3:17-cv-00626-LRH-WGC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, SHANE CERINI and Defendant, CHESAPEAKE SPICE CO. LLC, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: May 3rd, 2018

Respectfully submitted,

/s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM

Attorneys for Plaintiff
SHANE CERINI

Dated: May 3rd, 2018

Respectfully submitted,

/s/ Robert Larsen
ROBERT LARSEN
GORDON REES SCULLY MANSUKHANI, LLP

Attorneys for Defendant
CHESAPEAKE SPICE CO. LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: this 4th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE